November 3, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

FREDERIC SCOTT DEAVER, Appellant

NO. 14-14-00683-CV                 V.

RIDDHI DESAI AND SHILPI PANKAJ DESAI, Appellees

_____

This cause, an appeal from an order denying Frederic Scott Deaver's Anti-SLAPP motion to dismiss, signed August 14, 2014, was heard on the transcript of the record. We have inspected the record and find error. We therefore order that the order denying the motion to dismiss be **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Riddhi Desai and Shilpi Pankaj Desai.

We further order this decision certified below for observance.